683 A.2d 197

GINA MARIE DIPOALO, AN INFANT, BY HER GUARDIAN AD LITEM, ROCCO DIPOALO, ET AL., v. CHARLES SILLS, M.D., ET ALS.

August 16, 1996.

## CORRECTED ORDER

Leave to appeal is granted; and it is further

ORDERED that the trial court's order denying an adjournment is summarily reversed, and the matter is to be listed for trial on a date after September 22, 1996.

683 A.2d 197

JOHN F. ALDRICH v. RICHARD R. HAWRYLO, ET AL.

September 9, 1996.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.